**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GOOD, TODD ROBERT<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-07189 SJ<br><br>JUDGE John Schwartz |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 SOUTH DEARBORN ST., COURTROOM 719
         CHICAGO, ILLINOIS 60604

    on:  **DECEMBER 6, 2007**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         191,611.93

    b. Disbursements                         $         184,166.70

    c. Net Cash Available for Distribution   $           7,445.23

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $12,330.60 | |

| | | |
|---|---|---|
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $8,132.00 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $820.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $88,259.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 11,300.18 | $ 0.00 |
| 4 | Shirley & William Douglas | $ 2,500.00 | $ 0.00 |
| 5 | Florence Goldman | $ 72,346.00 | $ 0.00 |
| 7 | Janet & Ken Stramaglio | $ 1,400.00 | $ 0.00 |
| 8 | Eugene Good & Amy Overby | $ 713.00 | $ 0.00 |
| 9 | eCAST Settlement Corporation assignee of | $ 9,852.56 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: household goods and furnishings, CD's, 2002 Isuzu Rodeo and sport automobile

Dated:  **November 8, 2007**              For the Court,

                                              By:**KENNETH S. GARDNER**
                                                  Kenneth S. Gardner
                                                  Clerk of the United States Bankruptcy Court
                                                  219 S. Dearborn Street; 7th Floor
                                                  Chicago, IL  60604

Trustee:    GLENN R. HEYMAN
Address:    135 S. LaSalle Street, #3705
                 Chicago, IL  60603
Phone No.:  (312) 641-6777

## **SERVICE LIST**

**TODD ROBERT GOOD**
**06 B 07189**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601