**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GOOD, TODD ROBERT<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-07189 SJ<br><br>JUDGE John Schwartz |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 SOUTH DEARBORN ST., COURTROOM 719
         CHICAGO, ILLINOIS 60604

    on:  **DECEMBER 6, 2007**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        191,611.93

    b. Disbursements                         $        184,166.70

    c. Net Cash Available for Distribution   $          7,445.23

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $12,330.60 | |

| | | |
|---|---|---|
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $8,132.00 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $820.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $88,259.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 11,300.18 | $ 0.00 |
| 4 | Shirley & William Douglas | $ 2,500.00 | $ 0.00 |
| 5 | Florence Goldman | $ 72,346.00 | $ 0.00 |
| 7 | Janet & Ken Stramaglio | $ 1,400.00 | $ 0.00 |
| 8 | Eugene Good & Amy Overby | $ 713.00 | $ 0.00 |
| 9 | eCAST Settlement Corporation assignee of | $ 9,852.56 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: household goods and furnishings, CD's, 2002 Isuzu Rodeo and sport automobile

Dated:  **November 8, 2007**  For the Court,

By:**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: GLENN R. HEYMAN
Address: 135 S. LaSalle Street, #3705
Chicago, IL  60603
Phone No.: (312) 641-6777

## SERVICE LIST

**TODD ROBERT GOOD**
**06 B 07189**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1            Date Rcvd: Nov 08, 2007
Case: 06-07189                 Form ID: pdf002              Total Served: 30

The following entities were served by first class mail on Nov 10, 2007.
 db           +Todd Robert Good,    15 B Adams Court,    Streamwood, IL 60107-2327
 aty          +Crane Heyman Simon Welch & Clar,    Dannen Crane Heyman & Simon,    135 S Lasalle St Ste 1540,
                Chicago, IL 60603-4506
 aty          +William R Teitelbaum,    253 Acorn Drive,    Streamwood, IL 60107-2211
 tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
10784121       Amazon.Com,    c/o Certegy Payment Recovery Servi,    PO Box 038997,    Tuscaloosa, AL 35403-8997
10784122       Bank of America,    PO Box 1758,    Newark, NJ 07101-1758
10784123      +Chase,    PO Box 901008,    Fort Worth, TX 76101-2008
10784124       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
11055508      +Chase Bank USA, N.A.,     c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
10784125       Cingular Wireless,    PO Box 6428,    Carol Stream, IL 60197-6428
10784126       Citi Mastercard,    Processing Center,    Des Moines, IA 50364-0001
10784127       Consolidated Public Services,    PO box 7001,    Mattoon, IL 61938-7001
10784128       Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
10848071      +Cook County Treasurer's Office,    Legal Department,    118 North Clark Street - Roon 112,
                Chicago, IL 60602-1304
10784129      +Eugene Good & Amy Overby,    943 N. Taylor,    Oak Park, IL 60302-1457
10926900      +Firelands Regional Medical Center,    Pob 712374,    Cincinnati OH 45271-0001
10784130      +Florence Goldman,    8693 Sunbird Place,    Boca Raton, FL 33496-5027
10784131      +Gottlieb Comm Health Serv Corp,    Physician Billing,    701 W. North Ave.,
                Melrose Park, IL 60160-1612
10784132      +Gottlieb Health Services,    701 W. North Ave.,    Melrose Park, IL 60160-1612
10926899      +Granite Diagnostic Laboratory,    c/0 LCA Collections,    Pob 2240,    Burlington NC 27216-2240
10784133      +HFC,    PO Box 60108,    City Of Industry, CA 91716-0108
10784134      +Janet & Ken Stramaglio,    307 S. Bass Drive,    Marblehead, OH 43440-9507
10784135       MBNA,    PO Box 15027,    Wilmington, DE 19850-5027
11179288      +Madison & Cicero Currency Exchange, Inc,     c/o Paul A Gagerman, Esq,    425 Huehl Road, Building 2,
                Northbrook, IL 60062-2322
10784136      +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
10926898      +Sandusky Digestive Disease,    703 Tyler Street Suite 151,    Sandusky OH 44870-3392
10784137      +Shirley & William Douglas,    4100 Triumuera Drive,    Glenview, IL 60025-3877
10784138      +Tom James,    Attn: Ingrid,    241 S. Frontage Rd, Ste 36,    Buu Ridge, IL 60527-6169
10784139       Washington Mutual/Providian,    PO Box 660490,    Dallas, TX 75266-0490
11412486       eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
                Newark, NJ 07193-5480
The following entities were served by electronic transmission on Nov 09, 2007.
10784135       E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 09 2007 04:48:42      MBNA,
                PO Box 15027,    Wilmington, DE 19850-5027
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 10, 2007**              **Signature:** *Joseph Speetjens*