# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-07189 SJ | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | GOOD, TODD ROBERT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****05-65 - Money Market Account |
| Taxpayer ID #: | 13-7567186 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/07 | {1} | Ticor Title Insurance | Settlement proceeds from sale of real property Settlement Proceeds from sale of property | 1110-000 | 7,427.92 | | 7,427.92 |
| | | | Mortgage Payoff | 4110-000 | -145,960.99 | | 7,427.92 |
| | | | RE Broker Commissions | 3510-000 | -13,405.00 | | 7,427.92 |
| | | | Title Insurance | 2500-000 | -1,050.00 | | 7,427.92 |
| | | | Overnight Expense | 2500-000 | -25.00 | | 7,427.92 |
| | | | Tax Set-up Fee to Title Co. | 2500-000 | -70.00 | | 7,427.92 |
| | | | Gov't Recording and Transfer Charges | 2500-000 | -364.25 | | 7,427.92 |
| | | | County Taxes 2005, 2006 | 2820-000 | -8,249.13 | | 7,427.92 |
| | | | 2007 County Taxes | 2820-000 | -1,346.92 | | 7,427.92 |
| | | | Payment to Condo Association | 2500-000 | -3,119.41 | | 7,427.92 |
| | | | Homeowner's Exemption Reimbursement for Streamwood Stamps | 8100-002 | -10,000.00 -576.00 | | 7,427.92 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.45 | | 7,429.37 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.83 | | 7,433.20 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.23 | | 7,437.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.10 | | 7,441.53 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.70 | | 7,445.23 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.37 | | 7,449.60 |

Subtotals :  $7,449.60  $0.00

{} Asset reference(s)

EXHIBIT B

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-07189 SJ | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | GOOD, TODD ROBERT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7567186 | Account: | ***-*****05-65 - Money Market Account |
| Period Ending: | 12/31/07 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.87 | | 7,453.47 |
| 12/06/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 0.61 | | 7,454.08 |
| 12/06/07 | | To Account #*********0566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 7,454.08 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 7,454.08 | 7,454.08 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 7,454.08 | |
| | **Subtotal** | | 7,454.08 | 0.00 | |
| | Less: Payments to Debtors | | | 10,000.00 | |
| | **NET Receipts / Disbursements** | | **$7,454.08** | **$-10,000.00** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-07189 SJ | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | GOOD, TODD ROBERT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7567186 | Account: | ***-*****05-66 - Checking Account |
| Period Ending: | 12/31/07 | Blanket Bond: | $5,000,000.00  (per case limit) |
| | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/07 | | From Account #********0565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 7,454.08 | | 7,454.08 |
| 12/06/07 | 101 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $820.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 820.00 | 6,634.08 |
| 12/06/07 | 102 | GLENN R. HEYMAN | Dividend paid 32.42% on $12,330.60, Trustee Compensation; Reference: | 2100-000 | | 3,997.64 | 2,636.44 |
| 12/06/07 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 32.42% on $8,132.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,636.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,454.08 | 7,454.08 | $0.00 |
| | | | Less: Bank Transfers | | 7,454.08 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,454.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,454.08** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-07189 SJ
**Case Name:** GOOD, TODD ROBERT
**Taxpayer ID #:** 13-7567186
**Period Ending:** 12/31/07

**Trustee:** GLENN R. HEYMAN (330360)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****05-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****05-65 | 7,454.08 | -10,000.00 | 0.00 |
| Checking # ***-*****05-66 | 0.00 | 7,454.08 | 0.00 |
| **TOTAL - ALL ACCOUNTS** | **$7,454.08** | **$7,454.08** | **$0.00** |